**STANDARD**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | Case No. |
| Plaintiff(s), | ) |  |
|  | ) | Judge Pamela A. Barker |
| v. | ) |  |
|  | ) | REPORT OF PARTIES' PLANNING |
|  | ) | MEETING UNDER FED. R. CIV. |
|  | ) | P. 26(f) AND LR 16.3(b)(3) |
| Defendant(s). | ) |  |
|  | ) |  |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b)(3), a meeting was held on _____

   _____, and was attended by:

   _____counsel for plaintiff(s) _____

   _____counsel for plaintiff(s) _____

   _____counsel for defendant(s) _____

   _____counsel for defendant(s) _____

2. The parties:

\_\_\_\_ have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the

Court's prior order;

\_\_\_\_ will exchange such disclosures by_____;

_____ have not been required to make initial disclosures.

    3. The parties recommend the following track:

_____Expedited           _____Standard          _____Complex

_____Administrative          _____Mass Tort

    4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

_____Early Neutral Evaluation      _____Mediation          _____Arbitration

_____Summary Jury Trial          _____Summary Bench Trial

_____Case not suitable for ADR

    5. The parties _____do/_____do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

    6. Electronically Stored Information. The Parties: **(indicate one):**

_____ agree that there will be no discovery of electronically-stored information; or

_____ have agreed to a method for conducting discovery of electronically-stored information; or

_____ have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District of Ohio Local Rules).

7. Recommended Discovery Plan:

    (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_____

_____

_____

    (b) Discovery cut-off date: _____

8. Recommended dispositive motion date: _____

9. Recommended expert discovery date: _____

    Expert report(s) by party initially seeking to introduce expert testimony recommended due date _____

    Responsive expert report(s) due date: _____

10. Recommended cut-off date for amending the pleadings and/or adding additional parties: _____

11. Recommended date for Status Hearing: _____

12. Other matters for the attention of the Court: _____

_____

_____

_____

Attorney for Plaintiff(s) _____

_____

Attorney for Plaintiff(s) _____

_____

Attorney for Defendant(s) _____

_____

Attorney for Defendant(s) _____