IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BIANCA MARCELLINO, et al.,** | Case No. 1:21-CV-01338-PAB |
| **Plaintiffs,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **GEAUGA COUNTY HUMANE SOCIETY, et al.** | **CASE MANAGEMENT CONFERENCE ORDER** |
| **Defendants.** | |

A Case Management Conference ("CMC") was held in this matter on **December 16, 2021.** The parties and counsel of record agreed to the following, and **IT IS ORDERED** that:

1. This case is assigned to the **standard** track.

2. This case was referred to Alternative Dispute Resolution ("ADR"):

    Yes_____    No ____X____    Decision delayed _____

    If yes, by the following ADR process: Early Neutral Evaluation _____    Mediation _____

    Arbitration _____    Summary Jury Trial _____    Summary Bench Trial _____

    If no: The parties are advised that, if at any time the parties would like to participate in mediation proceedings before a Magistrate Judge, they are directed to file a Joint Request for Referral to Mediation.

3. The parties **do not** consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) at this time.

4. The **parties previously exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) by October 22, 2021.**

5. The **pleadings shall be amended without leave of Court and new parties shall be joined on or before January 31, 2022.**

6. As to Electronically Stored Information, the **parties have agreed to follow the default standard for discovery of electronically-stored information** (Appendix K to Northern District of Ohio Local Rules).

7. **Non-expert discovery shall be completed by April 1, 2022.** Discovery shall be conducted according to the guidelines set forth in Local Rule 16.2 for cases assigned to this track. The Court directs the parties to comply with Local Rule 37.1 before filing any motions seeking aid from the Court in discovery matters.

8. The parties do not intend to conduct expert discovery in this matter.

9. **Dispositive Motions shall be filed on or before May 16, 2022.** Responses to dispositive motions must be filed within thirty (30) days of the service of the dispositive motion. Replies must be filed within fourteen (14) days of the service of the response. (See Local Rule 7.1.) No sur-reply brief may be filed without leave of Court. No request for an extension of time will be entertained unless it is filed prior to the response date from which extension is sought and it indicates whether opposing counsel consents or objects to the requested extension.

**IT IS SO ORDERED**.

Date: December 17, 2021

*s/ Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE